FILED
U.S. DISTRICT COURT
SO. DIST. OF GA.

2007 AUG -3 PM 2: 14

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

LILLIE PRESTON, DAVID
BREWTON, and RODRECUS
BROCKINGTON,

    Plaintiffs,

v.

WAYNE FARMS, LLC,

    Defendant.

CASE NO. CV507-45

## ORDER

Before the Court are the parties' Notices of Consent to Dismissal Without Prejudice. (Docs. 4 & 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by the plaintiff "by filing a stipulation of dismissal signed by all parties who have appeared in the action." In this case, both parties have provided their written consent to dismissal. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 3rd day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA